UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARON LUCIEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFF MACOMBER, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-2595 WBS DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges he was subjected to cruel and unusual punishment when he was forced to sit in a cage until he urinated for urinalysis testing. In an order filed April 3, 2017, the court dismissed plaintiff's complaint and gave plaintiff thirty days to file an amended complaint. (ECF No. 6.)

In an order filed May 9, 2017, the court granted plaintiff's motion for a forty-five day extension of time to file an amended complaint. (ECF No. 10.) On June 15, 2017, plaintiff again requested an extension of time. (ECF No. 11.) Plaintiff stated that he was being held in administrative segregation ("ad seg") due to a pending investigation and did not have access to his legal property there. Plaintiff requested a second forty-five day extension of time. On June 19, 2017, the court granted the requested extension. (ECF No. 12.)

////

1

Plaintiff now moves the court for an order requiring California State Prison, Sacramento ("CSP-Sac") to provide him his legal materials. (ECF No. 13.) Plaintiff states that he is still in ad seg and still does not have his legal materials or "proper access to the law library." He asks for a court order requiring release of his legal paperwork.

Because plaintiff cannot be expected to meet court deadlines without access to his legal materials, the court will direct the California Attorney General's Office to inquire into the status of plaintiff's placement in segregated housing and when plaintiff will have access to his legal materials.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. The Office of the California Attorney General is instructed to:

   a. Contact the CSP-Sac Litigation Coordinator to determine:

      i. If possible, an approximate date for plaintiff's release from ad seg;

      ii. Whether plaintiff currently has access to any of his legal materials;

      iii. What legal materials plaintiff seeks so that he can respond to this court's April 3, 2017 order requiring the filing of an amended complaint; and

      iv. When plaintiff will have access to those requested legal materials.

   b. Within twenty days after the filing date of this order, file and serve a statement reflecting the findings of such inquiry, including all appropriate declarations.

2. The Clerk of the Court is directed to serve a copy of this order on Ms. Monica Anderson, Supervising Deputy Attorney General.

Dated: July 5, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/luci2595.legal mat