UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARON LUCIEN,<br><br>    Plaintiff,<br><br>  v.<br><br>JEFF MACOMBER, et al.,<br><br>    Defendants. | No. 2:16-cv-2595 WBS DB P<br><br><br>ORDER |

Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of November 29, 2017. In addition, plaintiff asks that the court provide him a copy of his First Amended Complaint filed here on August 28, 2017. Plaintiff states that he has recently been transferred to a new prison and some of his legal materials were misplaced.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 21) is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint; and

3. The Clerk of the Court is directed to send plaintiff one copy of his First Amended Complaint (ECF No. 18) filed here on August 28, 2017. Plaintiff is advised that the court does not typically provide copies of documents. The court is providing this copy to plaintiff as a one-time courtesy. If plaintiff requires additional copies of filed documents, he may contact the

Clerk's Office. The Clerk's Office will provide copies of documents and of the docket sheet at $0.50 per page. Checks in the exact amount are made payable to "Clerk, USDC." Copies of documents in cases may also be obtained by printing from the public terminals at the Clerk's Office or by contacting Cal Legal Support Group at: 3104 "O" Street, Suite 291, Sacramento, CA 95816, phone 916-441-4396, fax 916-400-4948.

Dated: December 27, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-civil rights/luci2595.36amc(2)