UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARON LUCIEN,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF MACOMBER, et al.,<br><br>    Defendants. | No. 2:16-cv-2595 WBS DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 29, 2017, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. On December 28, 2017, plaintiff was granted an additional 30 day extension to file an amended complaint, but filed no amended complaint within that time. Plaintiff has also not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed November 29, 2017 (ECF No. 20) are adopted in full; and

2. Plaintiff's claims against defendants Macomber, Baughman, Turner, and Boe are dismissed with prejudice.

Dated: February 12, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DLB:9
Luci2595.800