UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARON LUCIEN,<br><br>        Plaintiff,<br><br>   v.<br><br>WOODEN,<br><br>        Defendant. | No. 2:16-cv-2595 WBS DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. On September 12, 2018, defendant filed a motion to compel plaintiff to respond to interrogatories and requests for production of documents. (ECF No. 32.) As described in the court's March 1, 2018 order, all motions shall be briefed pursuant to Local Rule 230(l). (ECF No. 26.) Local Rule 230(l) requires a party to file an opposition to a motion within 21 days after the date of service of the motion. If a party fails to oppose a motion, the court may consider that failure a waiver of any opposition to the motion.

////
////
////
////
////

1

Plaintiff has not filed an opposition to defendant's motion to compel. If he does not file an opposition within ten days of the date of service of this order, the court will assume plaintiff does not oppose the motion and will grant defendant's motion to compel.

IT IS SO ORDERED.

Dated: October 18, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/luci2595.mtc req oppo