IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARON LUCIEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. MACOMBER, et al.,<br><br>　　　　　Defendants. | 2:16-cv-02595-WBS-DB<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO MODIFY SCHEDULING ORDER |

Defendant G. Wooden has requested a modification of the Discovery and Scheduling Order to extend the discovery cutoff date by three weeks. Good cause appearing therein, IT IS HEREBY ORDERED that:

1. Defendant G. Wooden's request for a modification of the Discovery and Scheduling Order (ECF No. 35) is GRANTED; and,

2. Defendant shall have until December 4, 2018, to take plaintiff's deposition.

Dated: November 6, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB/prisoner-civil rights/luci2595.dso eot2