UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARON LUCIEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WOODEN,<br><br>　　　　　Defendant. | No. 2:16-cv-2595 WBS DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. On September 12, 2018, defendant filed a motion to compel plaintiff to respond to interrogatories and a request for production of documents. Defendant argues that plaintiff has failed to serve any response to that discovery. (ECF No. 32.) When plaintiff had not filed a timely opposition to the motion, the court issued an order on October 19, 2018 requiring plaintiff to file an opposition within ten days. Plaintiff was advised that if he failed to file an opposition, the court would assume he does not oppose the motion and would grant it. (ECF No. 34.)

Those ten days have passed and plaintiff has not filed an opposition to the motion to compel or otherwise responded to the court's October 19 order.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's September 12, 2018 Motion to Compel (ECF No. 32) is granted; and

1

2. Within twenty days of the filed date of this order, plaintiff shall submit responses to defendant's First Set of Interrogatories and First Request for Production of Documents. If plaintiff fails to do so, this court may recommend dismissal of this action for plaintiff's failure to comply with court orders. <u>See</u> E.D. Cal. R. 110; Fed. R. Civ. P. 41.

Dated: November 9, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/luci2595.mtc