UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARON LUCIEN,<br><br>    Plaintiff,<br><br>    v.<br><br>WOODEN,<br><br>    Defendant. | No. 2:16-cv-2595 WBS DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. On February 5, 2019, defendant filed a motion for summary judgment. (ECF No. 39.) In an order filed March 1, 2019, this court advised the parties that motions for summary judgment shall be briefed pursuant to Local Rule 230(l). (ECF No. 26.) The parties were warned that the failure to file a timely opposition to a motion may be deemed a waiver of opposition to it.

Local Rule 230(l) requires an opposition to a motion, including a motion for summary judgment, to be filed not more than twenty-one (21) days after the date of service of the motion. Defendant filed his motion on February 5. More than twenty-one days have passed since plaintiff should have been served with that motion. Plaintiff will be given an additional twenty days to file an opposition. If he fails to do so, this court will recommend dismissal of this action. See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

////

Accordingly, IT IS HEREBY ORDERED that within twenty (20) days of the date of this order, plaintiff shall file his opposition to defendant's summary judgment motion. If plaintiff fails to file his opposition within that time period or otherwise respond to this order, this court will recommend dismissal of this action.

Dated: March 15, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/luci2595.msj oppo eot